IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : CASE NO. 3:18mj741-SLO
:
v. :
: ORDER UNSEALING CRIMINAL
MARIO ALBERTO ARZATE GUTIERREZ : COMPLAINT AND CASE -
AFFIDAVIT REMAINS SEALED
:

---------------------

IT IS HEREBY ORDERED that the Criminal Complaint and case in the above captioned case filed herein and ordered sealed by the order of this court on November 8, 2018, be unsealed by the Clerk of Courts. **The supporting affidavit remains sealed until further notice.**

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE